# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SASHA WALL, | Case No. 2:14-CV-00259-APG-PAL |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| COSMPOLITAN HOTEL & RESORTS, INC., | |
| Defendant. | |

On February 5, 2016, the clerk of court issued a notice of intent to dismiss for want of prosecution under Local Rule 41-1 if no action was taken within 30 days. No further action has been taken in the case.

IT IS THEREFORE ORDERED that this case is dismissed without prejudice.

Dated this 11th day of March, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE